UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DARRYL TERRELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-2175-JES-EIL |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

This matter is now before the Court on a Report and Recommendation (Doc. 17) from Magistrate Judge Eric Long. More than 14 days have elapsed since the filing of the Report and Recommendation, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties have failed to raise timely objections, any such objections have been waived. *Id*.

The relevant procedural history has been sufficiently outlined in the comprehensive Report and Recommendation of the Magistrate Judge. Plaintiff claims that (1) the ALJ erred in finding that Plaintiff's mental impairments did not meet or equal the severity of an impairment in 20 C.F.R. § 404, subpart P, app. 1, § 12.04, and (2) the ALJ's RFC was not supported by the evidence. The Court concurs with the Magistrate Judge's detailed discussion and recommendation, and now adopts the Report and Recommendation in its entirety.

1

## CONCLUSION

For the reasons set forth above, the Court adopts the Report and Recommendation (Doc. 17) of the Magistrate Judge in its entirety. Plaintiff's Motion (Doc. 9) for Summary Judgment is DENIED, and Defendant's Motion (Doc. 13) for Summary Judgment is GRANTED.

The Clerk is directed to close the case.

Signed on this 18th day of March, 2019.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge
